```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CAITLIN JEAN CAMPBELL (Cal. Bar No. 324364)
Assistant United States Attorney
     Ronald Reagan Federal Bldg. & U.S. Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: 714-338-3541
     E-mail: Caitlin.campbell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 8:22-CR-00183-DOC |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| MICHAEL TA, | [18 U.S.C. §§ 3141, et seq.] |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

**REQUEST FOR DETENTION PENDING TRIAL**

☐ 1.  Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

    ☐ a.  present offense committed while defendant was on release pending (felony trial);

    ☐ b.  defendant is an alien not lawfully admitted for permanent residence; AND

    ☐ c.  defendant may flee; OR

| | | | |
|---|---|---|---|
| | ☐ | d. | pose a danger to another or the community. |
| ☐ | 2. | | Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure: |
| | ☐ | a. | the appearance of the defendant as required; |
| | ☐ | b. | safety of any other person and the community. |
| ☐ | 3. | | Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)): |
| | ☐ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| | ☐ | b. | offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| | ☐ | c. | offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk); |
| | ☐ | d. | defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the |

current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

☐ 4. Government Is Entitled to Detention Hearing Under § 3142(f) Because the Case Involves:

☐ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐ b. an offense for which maximum sentence is life imprisonment or death;

☐ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

☐ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☐ f. serious risk defendant will flee;

|   |   |    |                                                                                                      |
|---|---|----|------------------------------------------------------------------------------------------------------|
| ☐ |   | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| ☐ | 5. |   | Government requests continuance of ___ days for detention hearing under § 3142(f) based on the following ground(s): |

_____

_____

| ☐ | 6. | Good cause for continuance in excess of three days exists because: |

_____

_____

| ☒ | 7. |    | Requesting Detention & Revocation of Pre-Trial Release pursuant to 18 U.S.C. § 3148 because: |
|---|----|----|----------------------------------------------------------------------------------------------|
|   | ☒  | a. | there is probable cause to believe that defendant has committed a Federal, State, or local crime while on release; OR |
|   | ☒  | b. | there is clear and convincing evidence that defendant has violated any other condition of release; |

**AND**

|   | ☒ | a. | no condition or combination of conditions will assure that defendant will not flee or pose a danger to the safety or any other person or the community; OR |
|---|---|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | ☒ | b. | the person is unlikely to abide by any condition or combination of conditions of release. |

**REQUEST FOR DETENTION RE. VIOLATION OF PROBATION/SUPERVISED RELEASE**

☐   8.   Detention Requested Pending Supervised Release/Probation Revocation Hearing (see Fed. R. Crim. P. 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)(1)) because:

   ☐   a.   defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; AND/OR

   ☐   b.   defendant cannot establish by clear and convincing evidence that he/she will not flee.

DATED: March 13, 2023.                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Caitlin Jean Campbell
CAITLIN JEAN CAMPBELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA